Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 19−90163
Chapter: 13
Judge: Bill Parker

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny E Barnes
   PO Box 523
   San Augustine, TX 75972

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0866

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701

on 9/17/20 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case for Infeasibility and for Failure to Make Plan Payments and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 9/17/2020 at 10:00 AM at Jack Brooks Federal Court House. (Attachments: # 1 Proposed Order)(Kraus, Lloyd) Modified text on 7/23/2020 (jj).

Dated: 7/23/20

                                                                        Jason K. McDonald
                                                                        Clerk, U.S. Bankruptcy Court