Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

---

Bankruptcy Proceeding No.: 19−90163
Chapter: 13
Judge: Bill Parker

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny E Barnes
   PO Box 523
   San Augustine, TX 75972

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0866

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701

on 9/17/20 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case for Infeasibility and for Failure to Make Plan Payments and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 9/17/2020 at 10:00 AM at Jack Brooks Federal Court House. (Attachments: # 1 Proposed Order)(Kraus, Lloyd) Modified text on 7/23/2020 (jj).

Dated: 7/23/20

                                              Jason K. McDonald
                                              Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0540-9    User: admin    Page 1 of 1    Date Rcvd: Jul 23, 2020
                        Form ID: 106nc  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
db          +Johnny E Barnes,   PO Box 523,   San Augustine, TX 75972-0523
cr           Conn Appliances, Inc.,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern, PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: cbp@onemainfinancial.com Jul 24 2020 03:45:13    OneMain,   PO BOX 3251,
             EVANSVILLE, IN 47731-3251
                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Aaron's, Inc.
                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
              Lloyd Kraus    docs@ch13tyler.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
              Walter David Stephens    on behalf of Debtor Johnny E Barnes wdavids@consolidated.net,
               wds01@consolidated.net;wds02@consolidated.net;stephensteresa01@gmail.com
                                                                                    TOTAL: 3